422 A.2d 693

Comm. ex rel. Williams v. Jeffes, Superintendent.

Appeal of Williams.

Submitted September 15, 1978.   Thomas J. Munley, Assistant Public Defender, for appellant;  Ernest D. Preate, Jr., for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.